648 A.2d 482

DONALD R. SIKES, JR., PLAINTIFF–RESPONDENT,
v. TOWNSHIP OF ROCKAWAY AND JOHN C.
DOLL, JR., DEFENDANTS–APPELLANTS.

Argued October 11, 1994—Decided October 27, 1994.

*James J. Higgins* argued the cause for appellant (*Boyar, Higgins & Suozzo,* attorneys).

*Paul M. Selitto* argued the cause for respondent (*Pitman, Senesky, Nicola & Selitto,* attorneys).

PER CURIAM

The judgment is affirmed, substantially for the reasons expressed in the opinion of the Appellate Division, reported at 269 *N.J.Super.* 463, 635 *A.*2d 1004 (1994).

*For Affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN—7.

*Opposed*—None.